IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01658-LTB-KLM

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

v.

BRIDGETT LEE and WILLIE MURPHY SPENCER,

    Defendants.

_____

ORDER OF DISMISSAL
_____

The Court has considered the parties' Joint Stipulation for Dismissal, finds that good cause supports the granting of the stipulation, and

THEREFORE, ORDERS THAT:

1.     Metropolitan Life Insurance Company, Ford Motor Company, and Ford Motor Company Life and Accidental Death and Disability Plan are discharged from any further liability relating to the claims of Bridgett Lee and Willie Murphy Spencer to the life insurance benefits at issue in this interpleader action;

2.     Bridgett Lee and Willie Murphy Spencer are restrained and enjoined from instituting or prosecuting any action or proceeding in any state or United States court against Metropolitan Life Insurance Company, Ford Motor Company or Ford Motor Company Life and Accidental Death and Disability Plan for the recovery of the life insurance benefits payable as a consequence of the death of Robert Spencer; and

3.   This action is dismissed with prejudice as to all parties, with the parties to bear their own legal fees and costs.

Dated this   18TH   day of June, 2009.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock
United States District Court Judge